**DENY, and Opinion Filed August 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01004-CV

### IN RE MEGHAN STEVENSON, Relator

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-52561-2014**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Fillmore

The Court has before it relator's petition for writ of mandamus contending the trial court abused its discretion by denying her motion to transfer venue from Collin County to Dallas County. The facts and the issues are known to the parties so we do not recite them herein. Based on the record before the Court, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

141004F.P05